IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST DAKOTA NATIONAL BANK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ECO ENERGY, LLC, a Tennessee limited liability company;<br><br>　　　　　Defendant. | 8:13CV270<br><br>MEMORANDUM AND ORDER |

After conferring with counsel:

IT IS ORDERED:

1) Or before July 8, 2014, the defendant shall file its anticipated summary judgment motion, along with its response to Plaintiff's motion for summary judgment, (Filing No. 33).

2) On or before August 5, 2014, the plaintiff shall file its response to Defendant's anticipated summary judgment motion, along with any reply in support of Plaintiff's summary judgment motion, (Filing No. 33).

3) On or before August 19, 2014, the defendant shall file any reply in support of its summary judgment motion.

4) The pretrial conference and trial are continued pending further order of the court.

5) If this case is not fully resolved on summary judgment, within ten days following the court's ruling on the dispositive motions, counsel shall contact my chambers to set a telephonic conference on re-scheduling the case for trial.

June 9, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge