IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST DAKOTA NATIONAL BANK,<br><br>        Plaintiff,<br><br>vs.<br><br>ECO ENERGY, LLC, a Tennessee limited liability company;<br><br>        Defendant. | 8:13CV270<br><br>ORDER |

Pursuant to the parties' stipulation, (Filing No. 55), which is hereby granted,

IT IS ORDERED:

The **non-jury** trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on August 24, 2015, or as soon thereafter as the case may be called, for a duration of **three (3)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

June 5, 2015.

                                                                     BY THE COURT:

                                                                       *s/ Cheryl R. Zwart*
                                                                       United States Magistrate Judge