IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIRST DAKOTA NATIONAL BANK,<br><br>                  Plaintiff,<br><br>vs.<br><br>ECO ENERGY, LLC,<br><br>                  Defendant. | **8:13CV270**<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for plaintiff and defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's exhibit numbers 1 through 53 from Non-Jury Trial held on 8/24/2015 and 8/25/2015.

Defendant's exhibit numbers 101 through 122 and 124 through 128 from Non-Jury Trial held on 8/24/2015 and 8/25/2015.

If counsel fails to withdraw the exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 10th day of September, 2018.

BY THE COURT:

s/ John M. Gerrard
United States District Judge